CHARLES A. FINNEGAN, Respondent, *v.* GEORGE S. BUCK et al., Constituting the Council of the City of Buffalo et al., Appellants.

*Buffalo (city of) — official paper — municipal officers restrained from entering into contract with publishers of legal daily.*

*Finnegan* v. *Buck,* 197 App. Div. 927, affirmed.

(Argued June 10, 1921; decided July 14, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered May 20, 1921, affirming a judgment in favor of plaintiff, entered upon a decision of the court on trial at an Equity Term, permanently enjoining the defendant city of Buffalo and the members of the council from entering into any contract with the Legal Daily Publishing Corporation, or any one else, for the publication, in the *Legal Daily* of Buffalo, of any matter required by law to be published in the official paper of the city of Buffalo, and designating said *Legal Daily* of Buffalo as the official paper of said city, on the ground that said *Legal Daily* of Buffalo is not a newspaper of the kind or character prescribed in the charter of the city as one that can be designated as the official paper of the city.

*William S. Rann, Corporation Counsel (Ralph K. Robertson* of counsel), for appellants.

*Franklin R. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ.   Deceased: CHASE, J.